AO 257 (Rev. 6/78)

### DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☒ INFORMATION ☐ INDICTMENT ☐ SUPERSEDING

**OFFENSE CHARGED**

Title 15, United States Code, Section 1 (Price Fixing)

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: See Attachment

E-filing

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

**DEFENDANT - U.S**
▶ HANNSTAR DISPLAY CORPORATION

**DISTRICT COURT NUMBER**
CR 10 0498 JSW

**DEFENDANT**

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form  Niall E. Lynch, Antitrust Div.

☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)  Joseph P. Russoniello

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction  } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
    If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes ☐ No } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS ☒ NO PROCESS* ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____  Before Judge: _____

Comments:

PENALTY SHEET

Company: HANNSTAR DISPLAY CORPORATION

Maximum Penalties: (For Each Count):

1. A fine in an amount equal to the largest of:

    A. $100 Million.

    B. Twice the gross pecuniary gain derived from the crime.

    C. Twice the gross pecuniary loss caused to the victims of the crime.

2. A term probation of at least one year but not more than five years.

3. $400 special assessment for each count.

4. Restitution.

| | |
|---|---|
| 1 | NIALL E. LYNCH (State Bar No. 157959) |
| 2 | MICHAEL L. SCOTT (State Bar No. 165452) |
|   | HEATHER S. TEWKSBURY (State Bar No. 222202) |
| 3 | Antitrust Division |
|   | U.S. Department of Justice |
| 4 | 450 Golden Gate Avenue |
|   | Box 36046, Room 10-0101 |
| 5 | San Francisco, CA 94102 |
|   | Telephone: (415) 436-6660 |
| 6 | Attorneys for the United States |

FILED
2010 JUN 29 9: 01

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. CR 10 0498 JSW |
| | **INFORMATION** |
| v. | VIOLATION: |
| | Title 15, United States Code, Section 1 (Price Fixing) |
| HANNSTAR DISPLAY CORPORATION, | |
| | San Francisco Venue |
| Defendant. | |

The United States of America, acting through its attorneys, charges:

I.

DESCRIPTION OF THE OFFENSE

1. HANNSTAR DISPLAY CORPORATION ("defendant") is made the defendant on the charge stated below.

2. From on or about September 14, 2001 to on or about January 31, 2006, the defendant and its coconspirators entered into and engaged in a combination and conspiracy in the United States and elsewhere to suppress and eliminate competition by fixing the prices of thin-film transistor liquid crystal display panels ("TFT-LCD"). The combination and conspiracy

INFORMATION - HANNSTAR - PAGE 1

engaged in by the defendant and its coconspirators was in unreasonable restraint of interstate and foreign trade and commerce in violation of Section 1 of the Sherman Act (15 U.S.C. § 1).

3. The charged combination and conspiracy consisted of a continuing agreement, understanding, and concert of action among the defendant and its coconspirators, the substantial terms of which were to agree to fix the prices of TFT-LCD.

4. For the purpose of forming and carrying out the charged combination and conspiracy, the defendant and its coconspirators did those things that they combined and conspired to do, including, among other things:

   (a) participating in meetings, conversations, and communications in Taiwan, Korea, and the United States to discuss the prices of TFT-LCD;

   (b) agreeing, during those meetings, conversations, and communications, to charge prices of TFT-LCD at certain predetermined levels;

   (c) issuing price quotations in accordance with the agreements reached; and

   (d) exchanging information on sales of TFT-LCD, for the purpose of monitoring and enforcing adherence to the agreed-upon prices.

II.

DEFENDANTS AND COCONSPIRATORS

5. HANNSTAR DISPLAY CORPORATION is a corporation organized and existing under the laws of Taiwan. During the period covered by this Information, HANNSTAR DISPLAY CORPORATION engaged in the business of producing and selling TFT-LCD to customers in the United States and elsewhere.

6. Various corporations and individuals, not made defendants in this Information, participated as coconspirators in the offense charged in this Information and performed acts and made statements in furtherance of it.

7. Whenever in this Information reference is made to any act, deed, or transaction of any corporation, the allegation means that the corporation engaged in the act, deed, or transaction by or through its officers, directors, employees, agents, or other representatives while they were actively engaged in the management, direction, control, or transaction of its business or affairs.

INFORMATION - HANNSTAR - PAGE 2

III.

## TRADE AND COMMERCE

8. TFT-LCD are glass panels composed of an array of tiny pixels that are electronically manipulated in order to display images. TFT-LCD are manufactured in a broad range of sizes and specifications for use in televisions, notebook computers, desktop monitors, mobile devices, and other applications.

9. During the period covered by this Information, the defendant and its coconspirators sold and distributed TFT-LCD in a continuous and uninterrupted flow of interstate and foreign trade and commerce to customers located in states or countries other than the states or countries in which the defendant and its coconspirators produced TFT-LCD.

10. The business activities of the defendant and its coconspirators that are the subject of this Information were within the flow of, and substantially affected, interstate and foreign trade and commerce.

IV.

## JURISDICTION AND VENUE

11. The combination and conspiracy charged in this Information was carried out, in part, in the Northern District of California, within the five years preceding the filing of this Information.

///
///
///
///
///
///
///
///
///

INFORMATION - HANNSTAR - PAGE 3

1  ALL IN VIOLATION OF TITLE 15, UNITED STATES CODE, SECTION 1.

*signature*
Christine A. Varney
Assistant Attorney General

*signature*
Phillip H. Warren
Chief, San Francisco Office

*signature*
Scott D. Hammond
Deputy Assistant Attorney General

*signature*
Niall E. Lynch
Assistant Chief, San Francisco Office

*signature*
Marc Siegel
Director of Criminal Enforcement

United States Department of Justice
Antitrust Division

*signature*
Joseph P. Russoniello
United States Attorney
Northern District of California

*signature*
Heather S. Tewksbury
Michael L. Scott
Attorneys
U.S. Department of Justice
Antitrust Division
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA 94102
(415) 436-6660

INFORMATION - HANNSTAR - PAGE 4