UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RELATED CASE ORDER

A Notice of Related Cases has been filed that the following cases are related within the meaning of Crim. L.R. 8-1(b):

**MDL 07-1827 SI  In Re TFT-LCD (Flat Panel) and Antitrust Litigation**
**CR 08-802 SI       USA v. Sharp Corp.**
**CR 08-803 SI       USA v. LG Display Co. Ltd.  and LG Display America, Inc.**
**CR 08-804 SI       USA v. Chunghwa Picture Tubes Ltd.**
**CR 09-247 SI       USA v. Hitachi Display Ltd.**
**CR 09-854 SI       USA v. Epson Imagine Devices Corporation**
**CR 09-1166 SI      USA v. Chi Mei Optoelectronics Corporation**
**CR 10-498 SI       USA v. Hannstar Display Corporation**
**CR 11- 019RS      USA v. Ding Hui Joe**

**ORDER**

The time for filing a statement to support or oppose the Notice has passed.  On the basis of the material submitted to the Court, as the Judge assigned to the earliest filed case, I find that the cases:

[ ]     ARE NOT RELATED as defined by Crim. L.R. 8-1(b).

[ ]     ARE RELATED as defined by Crim. L.R. 8-1(b).  I find, however, that reassignment to me of the action(s) currently assigned to another judge is not warranted.

[✓]     ARE RELATED as defined by Crim. L.R. 8-1(b).  Pursuant to Crim. L.R. 8-1(e), the Clerk of Court is ordered to reassign the later-filed action to the undersigned.  Counsel are instructed that all future filings are to bear the initials SI immediately after the case number.  All matters presently scheduled for hearing in the reassigned case(s) are vacated and must be renoticed for hearing before the undersigned.

DATED: ⅋\2\11

_____
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

I certify that on the date stated below, I lodged a copy of this order with each judicial officer and I mailed a copy to each counsel of record in the cases listed above.

Richard W. Wieking, Clerk

DATED:                                          By:_____
                                                            Deputy Clerk

Copies to:  Courtroom Deputies
                    Case Systems Administrators
                    Counsel of Record
          Entered into Assignment Program:
                                  (date)